# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ANGEL ORTIZ,

          Plaintiff,

      v.

UNITED STATES OF AMERICA,

          Defendant.

Case No.  1:26-cv-00795-FRS (BAM) (PC)

ORDER REQUIRING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE

**THIRTY (30) DAY DEADLINE**

Plaintiff Angel Oritz ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on January 29, 2026, together with a motion to proceed in forma pauperis.  (ECF Nos. 1, 2.)

Plaintiff's application to proceed in forma pauperis is incomplete.  Plaintiff failed to submit a certified copy of his trust account statement and did not have an authorized officer from his institution of incarceration complete the certificate portion of the form.  Plaintiff must submit a certified copy of his trust account statement if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a certified copy of his inmate trust account statement for the past six months, or in the alternative, pay the $405.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

1

3.  **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated:   **February 2, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge