**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL ORTIZ, | Case No. 1:26-cv-0795 KES FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | Doc. 8 |

Plaintiff Angel Ortiz is a federal prisoner and requested to proceed in forma pauperis in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b). A magistrate judge found that Ortiz's application to proceed in forma pauperis was incomplete and directed Ortiz to either submit a certified copy of his inmate trust account statement for the past six months or pay the $405.00 filing fee to proceed with this action. Doc. 5. Ortiz did not respond to the Court's order.

On March 27, 2026, the magistrate judge found Ortiz failed to prosecute this action and failed to obey the Court's order. Doc. 8 at 1-2. The magistrate judge found dismissal was an appropriate sanction after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) and *Carey v. King*, 856 F.2d 1439, 1440 (9th Cir. 1988). *Id.* at 2-3. The magistrate judge recommended the Court dismiss the action without prejudice. *Id.* at 3. The Court served the findings and recommendations on Ortiz with notice that

1

any objections were due within 14 days after service. *Id.* No objections were filed, and the deadline to do so has now passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on March 27, 2026 (Doc. 8) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for failure to obey a court order and failure to prosecute.

3. The Clerk of Court is directed to terminate all pending motions and close this case.

IT IS SO ORDERED.

Dated:   April 28, 2026   

_____
UNITED STATES DISTRICT JUDGE

2